

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2017

No. 04-17-00340-CR

Jacob **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR3748
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant's brief was originally due on August 31, 2017. *See* TEX. R. APP. P. 38.6(a). We granted Appellant's first motion for an extension of time to file the brief until October 2, 2017, and we granted Appellant's second motion for an extension of time to file the brief until November 1, 2017. In granting the second motion, we warned Appellant as follows:

> **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.**

Despite this specific warning, Appellant failed to timely file the brief. On October 31, 2017, Appellant filed a third motion for another thirty-day extension of time to file the brief.

Appellant's third request for an extension of time to file the brief is GRANTED IN PART. **We ORDER Robert F. Gebbia, counsel for Appellant, to file the brief not later than November 16, 2017.**

If Appellant fails to file the brief as ordered, we will immediately abate this appeal and remand it to the trial court for an abandonment hearing **WITHOUT FURTHER NOTICE**. *See id.* R. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.). We will order the trial court to ensure that Appellant's counsel personally appears at the hearing. *See* TEX. R. APP. P. 38.8(b)(3).

We remind Appellant's counsel that this "court may act appropriately to ensure that the appellant's rights are protected, including initiating contempt proceedings against appellant's counsel." *See id.* R. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2017.



_____
KEITH E. HOTTLE,
Clerk of Court